IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE,<br><br>    Plaintiff,<br><br>    v.<br><br>TAHOE REGIONAL PLANNING AGENCY; TAHOE VISTA PARTNERS, LLC,<br><br>    Defendants.<br>_____/ | CIV. NO. S-08-2447 JAM/KJM |
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>    Defendant.<br>_____/ | CIV. NO. S-84-0561 EJG |
| LEAGUE TO SAVE LAKE TAHOE,<br><br>    Plaintiff,<br><br>    v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>    Defendant.<br>_____/ | CIV. NO. S-84-0565 EJG |
| LEAGUE TO SAVE LAKE TAHOE,<br><br>    Plaintiff,<br><br>    v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br><br>    Defendant.<br>_____/ | CIV. NO. S-94-0069 EJG<br><br>NON-RELATED CASE ORDER |

1    This matter is before the court on plaintiff's Notice of
2 Related Cases, filed October 14, 2008, seeking to relate the
3 most-recently filed case, CIV. NO. S-08-2447 JAM/KJM, to three
4 inactive and closed cases previously assigned to the undersigned.
5 The court has reviewed the complaint and other supporting
6 documents and declines to relate the new case.  The undersigned
7 is now a senior judge, and no longer hears civil cases.
8 Moreover, the inactive closed cases are 14 and 20 years old.  No
9 judicial economy would be served by reassignment and relation of
10 the new complaint.
11    IT IS SO ORDERED.
12 Dated: October 29, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT