MICHAEL R. LOZEAU (Cal. Bar No. 142893)
RICHARD DRURY (Cal. Bar No. 163559)
LOZEAU| DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102 / Fax: (510) 749-9103
E-mail: Richard@lozeaudrury.com

ROCHELLE NASON (Cal. Bar No. 130979)
LEAGUE TO SAVE LAKE TAHOE
955 Emerald Bay Road
South Lake Tahoe, CA 96150
Tel: (530) 541-5388 / Fax: (530) 541-5454
E-mail: rochelle@keeptahoeblue.org
Attorneys for Plaintiff LEAGUE TO SAVE LAKE TAHOE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United States Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation.<br><br>Defendants. | CIV. NO. 2:08-CV-2447 JAM/KJM<br><br>**ORDER GRANTING MOTION FOR PENALTIES PURSUANT TO FEDERAL RULE 4(d) AND DENYING AS MOOT MOTION FOR ENLARGEMENT OF TIME TO SERVE COMPLAINT**<br><br>[Fed.R.Civ.Pro. 4(d)]<br><br>Hon. Judge John A. Mendez<br>Date: March 25, 2009<br>Time: 9:00 AM<br>Courtroom: 6 |

---

[PROPOSED] ORDER GRANTING PENALTIES UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(d)
LEAGUE TO SAVE LAKE TAHOE v. TAHOE VISTA PARTNERS, 2:08-CV-2447 JAM/KJM

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's Motion for order enlarging time to effect service upon defendant Tahoe Vista Partners, LLC, authorizing and alternative method of service, and imposing penalties for non-compliance with Federal Rule of Civil Procedure 4(d)(2) came on regularly for hearing at 9:00 a.m. on March 25, 2009 in Courtroom 6 before this Court, the Honorable John A. Mendez, presiding.  Plaintiff League to Save Lake Tahoe was represented by Richard Drury of Lozeau Drury LLP, and Defendant Tahoe Vista Partners, LLC ("TVP"), was represented by Whitman F. Manley of Remy, Thomas, Moose and Manley, LLP.  No appearances were made by any other counsel in this action.  After considering the moving papers, opposition papers, reply papers, supporting declarations, related documents submitted herewith, all pleadings on file herein, oral argument of the parties, and other matters presented to the Court, GOOD CAUSE APPEARING THEREFOR, the motion is hereby GRANTED as follows:

1. The Court finds that plaintiffs' requests for an enlargement of the time to serve the summons and complaint, and for alternate method of service are moot since TVP waived service of process on the February 11, 2009 – on the afternoon of the 120th day.

2. The Court finds that defendant TVP had no good cause to refuse to comply with a proper request to waive service of the summons, thereby forcing the plaintiffs to incur substantial costs associated with service of process.  The Court finds that under the circumstances presented, Federal Rule of Civil Procedure 4(d) provides that the Court "must" require defendant TVP to pay all expenses incurred in making service, and all reasonable expenses, including attorney's fees, for this motion.  The Court therefore Orders defendant Tahoe Vista Partners, LLC to pay the reasonable expenses incurred by plaintiffs related to serving the summons and complaint in this action upon TVP, including costs of the process server, attorney fees related to service, and all costs and fees of this motion, in the amount of $4,550 (four thousand five-hundred and fifty dollars).  This amount is calculated as follows:

2
[PROPOSED] ORDER GRANTING PENALTIES UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(d)
LEAGUE TO SAVE LAKE TAHOE v. TAHOE VISTA PARTNERS, 2:08-CV-2447 JAM/KJM

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
| a. | 11 hours attorney time x $350/hour = | $3850 |
| b. | 5 hours paralegal time x $70/hour = | $350 |
| c. | Process server costs = | $350 |
|   | Total | $4550 |

The Court finds that the time expenditures and hourly rates set forth above are reasonable for the instant motion in the Sacramento market. TVP is ordered to pay the above amount within ten (10) days of the date of this Order by delivering by overnight courier a check made payable to "Lozeau Drury LLP – Client Trust Account," to Richard Drury, Lozeau Drury LLP, 1516 Oak Street, Suite 216, Alameda, CA 94501.

APPROVED AS TO FORM:

Dated: March _____, 2009     LOZEAU DRURY LLP

By: _____
RICHARD DRURY
Attorneys for Plaintiff League to Save Lake Tahoe

Dated: March _____, 2009     REMY, THOMAS, MOOSE AND MANLEY, LLP

By: _____
WHITMAN F. MANLEY
Attorneys for Defendant Tahoe Vista Partners, LLC

**IT IS SO ORDERED**

Date: March 27, 2009     /s/ John A. Mendez
Honorable John A Mendez
Judge of the United States District Court

3
[PROPOSED] ORDER GRANTING PENALTIES UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(d)
LEAGUE TO SAVE LAKE TAHOE v. TAHOE VISTA PARTNERS, 2:08-CV-2447 JAM/KJM

PDF created with pdfFactory trial version www.pdffactory.com