NICOLE U. RINKE (Cal. Bar. No. 257510)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada 89448
Tel: (775) 588-4547
Fax: (775) 588-4527
jmarchetta@trpa.org
(Counsel for service purposes)

JOHN L. MARSHALL (Cal. Bar No. 145570)
570 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 322-5668
Fax: (775) 201.0193
johnmarshall@charter.net

Attorneys for Plaintiff
Tahoe Regional Planning Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, et al.,<br><br>Defendants. | Case No.: 2:08 CV 2447 JAM KJM<br><br>STIPULATION EXTENDING TIME TO FILE F.R.C.P. 12 RESPONSE |

1. On October 14, 2008, Plaintiff League to Save Lake Tahoe filed a Complaint for Declaratory and Injunctive Relief. On December 8, 2008, Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista filed a First Amended Complaint for Declaratory and Injunctive



PDF created with pdfFactory trial version www.pdffactory.com

Relief ("First Amended Compliant"). Plaintiffs thereafter affected service upon Defendants Tahoe Regional Planning Agency ("TRPA") and Tahoe Vista Partners, LLC.

2. On March 10, 2009, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint. A hearing on Plaintiffs' motion for leave to amend is scheduled for April 22, 2009.

3. Defendants TRPA and Tahoe Vista Partners' current deadline to respond to the First Amended Complaint occurs prior to the April 22 hearing. Defendants TRPA and Tahoe Valley Partners' current time to respond to Plaintiffs' First Amended Complaint is on or before March 30, 2009.

4. Given the pendency of Plaintiffs' motion for leave to amend, the parties agree that it would more efficient for Defendants' to respond to either the First Amended Complaint or Second Amended Complaint should leave be granted, but not both.

5. All parties therefore stipulate to extend the time for Defendants TRPA and Tahoe Vista Partners to respond to the applicable complaint until 20 days after the parties receive notice of the Court's ruling on Plaintiffs' motion for leave to amend.

IT IS SO STIPULATED.

TAHOE REGIONAL PLANNING AGENCY

By: /s/

Nicole U. Rinke
Tahoe Regional Planning Agency
P.O. Box 5130
Stateline, Nevada 89448
jmarchetta@trpa.org

John L. Marshall
570 Marsh Avenue
Reno, Nevada 89509
johnmarshall@charter.net

Attorneys for Defendant,
Tahoe Regional Planning Agency



PDF created with pdfFactory trial version www.pdffactory.com

LOZEAU DRURY LLP

By:______________________/s/______________________

Richard T. Drury (SBN 163559)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, California 94501
Richard@lozeaudrury.com

Attorneys for Plaintiff,
League to Save Lake Tahoe

KENYON YEATES LLP

By:_________________/s/__________________________

Bill Yeates (SBN 84343)
Kenyon Yeates LLP
2001 N Street, Suite 100
Sacramento, California 95811
byeates@kenyonyeates.com

Attorneys for Plaintiff,
Friends of Tahoe Vista

REMY THOMAS MOOSE & MANLEY LLP

By:________________/s/____________________________

Whitman Manley (SBN 130972)
Remy Thomas Moose & Manley
455 Capitol Mall, Suite 210
Sacramento, California 95814

Attorneys for Defendant,
Tahoe Vista Partners LLP



PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the parties' stipulation recited above, Defendants' time to respond to either the First Amended Complaint or Second Amended Complaint, should leave be granted, shall be extend to 20 days after the parties receive notice of the Court's ruling on Plaintiffs' pending motion for leave to file a Second Amended Complaint.

IT IS SO ORDERED.

DATED: March 27, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT COURT



PDF created with pdfFactory trial version www.pdffactory.com