REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
CHRISTOPHER J. BUTCHER, SBN 253
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
          cbutcher@rtmmlaw.com

Attorneys for Real Party in Interest
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALFIORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation;<br><br>Plaintiff,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC<br><br>Defendants. | CASE NO.  2:08-cv-02447-JAM-LKJM<br><br>**STIPULATION AND ORDER GRANTING PETITIONERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**<br><br>(Tahoe Regional Planning Compact, Public law No. 96-551, 94-3233 (1980))<br><br>(Related Cases:  CVS 94-0069 (EJG JFM); CVS 84-0565 (EJG); CVS 84-0561 (EJG) |

## RECITALS

A.     On October 14, 2008, Plaintiff League to Save Lake Tahoe filed a Complaint for Declaratory and Injunctive Relief.  On December 8, 2008, Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista ("Plaintiffs") filed a First Amended Complaint for Declaratory and Injunctive Relief.   Plaintiffs thereafter served the First Amended Complaint on Defendants Tahoe Regional Planning Agency ("TRPA") and Tahoe Vista Partners, LLC ("TVP").

- 1 -

Stipulation And [Proposed] Order Granting Petitioners' Motion For Leave To File Supplemental Complaint
2:08-Cv-02741-JAM-KJM

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

B. On March 10, 2009, Plaintiffs filed a Motion for Leave to File a Supplemental Complaint. Plaintiffs filed a proposed Second Amended Complaint along with the motion. The proposed Second Amended Complaint includes a new cause of action arising under State law: the California Environmental Quality Act ("CEQA") (Cal. Pub. Resources Code, § 21000 *et seq*.). The new, State-law cause of action is directed at a new defendant: Placer County.

C. On April 2, 2009, TVP filed a Statement of Non-Opposition to Petitioners' Motion for Leave to File Supplemental Complaint. That same day, TRPA filed a Statement of Joinder in TVP's non-opposition.

## **STIPULATION**

Plaintiffs, TRPA and TVP (collectively, the "parties"), through their counsel of record, stipulate and agree:

1. The above recitals are true.

2. The Court should grant the Plaintiffs' motion to file the Second Amended Complaint attached to Plaintiffs motion.

3. The parties may dispute whether the Court should exercise supplemental jurisdiction over Plaintiffs' State-law cause of action, or over Placer County. The parties agree, however, that this issue should not to be resolved in connection with the pending motion. Rather, if any party elects to dispute this issue, this issue should be resolved by way of separate motion, with the participation of Placer County after the Second Amended Complaint has been filed and served upon Placer County. Accordingly, the parties intend that this stipulation should not be construed as a waiver of any arguments which might be

///
///
///

Stipulation And [Proposed] Order Granting Petitioners' Motion For Leave To File Supplemental Complaint
2:08-Cv-02741-JAM-KJM

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

made by any party concerning the propriety of the exercise of supplemental jurisdiction over State-law claims or over Placer County.

IT IS SO STIPULATED.

TAHOE REGIONAL PLANNING AGENCY


By: /s/ Nicole U. Rinke
Nicole U. Rinke
John L. Marshall

Attorneys for Defendant,
Tahoe Regional Planning Agency

LOZEAU DRURY LLP


By: /s/ Richard T. Drury
Richard T. Drury

Attorneys for Plaintiff
League to Save Lake Tahoe

KENYON YEATES LLP


By: /s/ J. William Yeates
J. William Yeates

Attorneys for Plaintiff
Friends of Tahoe Vista

REMY THOMAS MOOSE & MANLEY LLP


By: /s/ Whitman F. Manley
Whitman F. Manley

Attorneys for Defendant,
Tahoe Vista Partners LLP

/ / /

- 3 -

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Pursuant to the parties' stipulation, Plaintiff's Motion for Leave to File Supplemental Complaint is granted. In granting Plaintiffs' Motion for Leave to File Supplemental Complaint, the Court has not considered whether the Court should exercise supplemental jurisdiction over State-law claims or parties that may be included in the Second Amended Complaint. The parties may raise this issue after Plaintiffs file and serve the Second Amended Complaint. The hearing on this motion, scheduled for April 22, 2009, is vacated.

IT IS SO ORDERED.

DATED: 4/20/2009

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT

- 4 -

Stipulation And [Proposed] Order Granting Petitioners' Motion For Leave To File Supplemental Complaint
2:08-Cv-02741-JAM-KJM

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on April 16, 2009 and will be automatically served up counsel of record, all of who appear to be subscribed to receive notice from the ECF system.

 /s/ Whitman F. Manley
WHITMAN F. MANLEY

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com