MICHAEL R. LOZEAU (Cal. Bar No. 142893)
RICHARD DRURY (Cal. Bar No. 163559)
LOZEAU| DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102 / Fax: (510) 749-9103
E-mail: Richard@lozeaudrury.com

ROCHELLE NASON (Cal. Bar No. 130979)
LEAGUE TO SAVE LAKE TAHOE
955 Emerald Bay Road
South Lake Tahoe, CA 96150
Tel: (530) 541-5388 / Fax: (530) 541-5454
E-mail: rochelle@keeptahoeblue.org
Attorneys for Plaintiff LEAGUE TO SAVE LAKE TAHOE

CHARITY KENYON, (Cal. Bar No. 078823)
BILL YEATES (Cal. Bar No. 84343)
CHRISTINA MORKNER BROWN (Cal. Bar No. 258479)
KENYON YEATES LLP
2001 N. Street, Suite 100
Sacramento, CA  95811
Tel: (916) 609-5000 / Fax: (916) 609-5001
E-mail: byeates@kenyonyeates.com
Attorneys for Plaintiffs FRIENDS OF TAHOE VISTA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER,<br><br>Defendants. | CIV. NO. 2:08-CV-2447 JAM/KJM<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION AS TO LIABILITY ON THE FIRST AND FOURTH CAUSES OF ACTION AND IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION**<br><br>(Federal Rule of Civil Procedure 56; Eastern District Local Rule 56-260)<br><br>Hon. Judge John A. Mendez<br>Date:  September 9, 2009<br>Time: 9:00 a.m.<br>Courtroom:  6 |

PDF created with pdfFactory trial version www.pdffactory.com

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

1. On June 1, 2009, Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista filed a motion for partial summary judgment and permanent injunction on the First and Fourth causes of action in the Second Amended Complaint against Defendants Tahoe Regional Planning Agency ("TRPA"), and Tahoe Vista Partners, LLC ("TVP"), scheduled for hearing on July 15, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 501 I Street, Sacramento, California.

2. On June 1, 2009, Defendant TVP requested an extension of time in the hearing date due to scheduling conflicts.

3. After meeting and conferring, and consulting with the Clerk of the Court concerning available hearing dates, the parties agree to the following briefing and hearing schedule:

   a. Opposition brief deadline: July 27, 2009.
   b. Reply brief deadline: August 17, 2009.
   c. Hearing date: September 9, 2009.

4. Defendant TVP has informed Plaintiffs that it reserves the right to file a counter-motion for summary judgment together with its opposition brief on the same schedule as set forth above. If TVP or TRPA files such a counter-motion, then the parties will meet and confer in good faith shortly after such filing to determine if an additional extension of time will be necessary and appropriate, and if so will attempt in good faith to stipulate to such a schedule. If TVP or TRPA file a counter-motion and the parties agree that an additional extension of time is not necessary or appropriate, the parties agree to the following briefing and hearing schedule for any such counter-motion(s):

   a. Opposition brief deadline for any counter-motions: August 17, 2009.
   b. Reply brief deadline for any counter-motions: August 27, 2009.
   c. Hearing date for any counter-motions: September 9, 2009.

5. Defendant TVP agrees that will not commence physical construction activities on the site until on or after October 1, 2009, including, but not limited to, tree cutting in furtherance of the project, site grading, pouring of concrete, asphalt paving, and/or any physical activities at the site in

2

PDF created with pdfFactory trial version www.pdffactory.com

furtherance of the project. Plaintiffs acknowledge that TVP has a TRPA tree removal permit (QE20041145) issued on December 21, 2004, to cut and remove dangerous and diseased trees on the project site that is not subject to this stipulation.

IT IS SO STIPULATED

Dated: June 10, 2009                LOZEAU | DRURY LLP

                         By:        /s/ *Richard Drury*
                                    Richard Drury
                                    Attorneys for Plaintiff League to Save Lake Tahoe

Dated: June 10, 2009                KENYON YEATES LLP

                         By:        /s/ *Bill Yeates*
                                    Bill Yeates
                                    Attorneys for Plaintiff Friends of Tahoe Vista

Dated: June 10, 2009                REMY THOMAS MOOSE & MANLEY LLP

                         By:        */s/ Howard F. Wilkins III (as authorized on 6/9/08)*
                                    Howard F. Wilkins III
                                    Attorneys for Defendant Tahoe Vista Parters LLC

Dated: June 10, 2009                TAHOE REGIONAL PLANNING AGENCY

                         By:        /s/*Nicole Rinke*
                                    Nicole Rinke
                                    John L. Marshall
                                    Attorneys for Defendant Tahoe Regional Planning Agency

Dated: June 10, 2009                COUNTY OF PLACER

                         By:        /s/ *Scott Finley*
                                    Scott Finley
                                    Attorneys for Defendants County of Placer and
                                    Board of Supervisors of the County of Placer

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED, this 11th day of June, 2009.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

4

SCHEDULING STIPULATION FOR MOTION FOR SUMMARY JUDGMENT/INJUNCTION
LEAGUE TO SAVE LAKE TAHOE v. TAHOE REG. PL. AGENCY, 2:08-CV-2447 JAM/KJM

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I Nancy Groom am employed in the County of Alameda, California. I am over the age of 18 and not a party to this action. My business address is 1516 Oak Street, Suite 216, Alameda, California, 94501.

On June _____ 2009 I served the foregoing documents described as:

**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT AND PERMANENT INJUNCTION AS TO LIABILITY ON THE FIRST AND FOURTH CAUSES OF ACTION AND IN THE ALTERNATIVE FOR PRELIMINARY INJUNCTION**

on the parties listed below by Electronic Mail or other method as noted:

| | |
|---|---|
| Whit Manley<br>Remy Thomas Moose & Manley<br>455 Capitol Mall, Suite 210<br>Sacramento, CA 95814<br>Counsel for Tahoe Vista Partners, LLC | Nicole Rinke, General Counsel<br>Tahoe Regional Planning Agency<br>128 Market Street<br>Stateline, NV 89413<br>Counsel for TRPA |
| Scott Finley, County Counsel<br>3215 Kensington Dr<br>El Dorado Hills, CA 95762<br>Counsel for County of Placer and Board of Supervisors of County of Placer | Bill Yeates<br>Kenyon Yeates, LLP<br>2001 N STREET, SUITE 100<br>Sacramento, CA 95811<br>Counsel for Friends of Tahoe Vista |
| John L. Marshall<br>570 Marsh Ave<br>Reno, NV 89509<br>Counsel for TRPA | Office of Attorney General<br>CEQA Notices<br>Daniel L. Siegel<br>Supervising Deputy Attorney General<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA  95814 |

I declare under penalty of perjury of the laws of the California that the foregoing is true and correct and that this was executed on June _____ 2009 in Alameda, California.

_____

Nancy Groom

5

SCHEDULING STIPULATION FOR MOTION FOR SUMMARY JUDGMENT/INJUNCTION
LEAGUE TO SAVE LAKE TAHOE v. TAHOE REG. PL. AGENCY, 2:08-CV-2447 JAM/KJM

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com