PLACER COUNTY COUNSEL'S OFFICE
Scott H. Finley - 96913
175 Fulweiler Avenue
Auburn, California  95603
Telephone:  (530) 889-4044
Facsimile:   (530) 889-4069

Attorneys for Defendants County of Placer
and Board of Supervisors of the County of Placer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>Plaintiff,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United States Congress; TAHOE VISTA PARTNERS, LLC, a limited liability corporation; BOARD OF SUPERVISORS OF THE COUNTY OF PLACER and COUNTY OF PLACER,<br><br>Defendants. | Case No.:  2:08-CV-2447 JAM/KJM<br><br>**STIPULATION AND ORDER RE CREATION AND LODGING OF CEQA ADMINISTRATIVE RECORD [Public Resources Code §§ 21167.6 and 21167.8(f)]** |

WHEREAS, Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista (hereinafter Plaintiffs) timely elected in accordance with the California Environmental Quality Act (CEQA—Public Resources Code section 21000 et seq.) to prepare the

1

Stipulation and Order re Creation and Lodging of CEQA Administrative Record

PDF created with pdfFactory trial version www.pdffactory.com

1  administrative record of proceedings (the Administrative Record) for the Seventh Cause of
2  Action in this matter, subject to certification of its accuracy by Defendants Board of
3  Supervisors of the County of Placer and the County of Placer (hereinafter County);

4       WHEREAS, County has an obligation to ensure that the Administrative Record is
5  produced in its entirety and organized in such a fashion that it is reasonably useable by the
6  parties and the Court (*Buckhart v. San Francisco Res. Rent Stabilization & Arb. Bd.* (1988)
7  197 Cal.App.3d 1032, 1036; *POW v. County of Merced* (2003) 110 Cal.App.4th 362);

8       WHEREAS, County has collected in the Office of County Counsel all of the County
9  documents that it has identified that would comprise a complete Administrative Record in
10 this matter and the parties have had an opportunity to review the same and determine which
11 documents should be included in and which may be excluded from the Administrative
12 Record;

13      WHEREAS, all Parties wish to ensure that the Administrative Record as certified is
14 complete and accurate, and that the record is created as economically as possible as a public
15 entity's costs for reviewing and certifying an administrative record prepared by another
16 party can be significant;

17      WHEREAS, in furtherance of the record preparation, Plaintiffs, County and
18 Defendant Tahoe Vista Partners, LLC, through their respective counsel, stipulate to the
19 following order:

20      1.     The parties agree that Plaintiffs will create the Administrative Record by
21 scanning into a searchable electronic database all of the County documents agreed upon by
22 all parties to constitute the Administrative Record.  Utilizing the electronic database,
23 Plaintiffs will prepare a comprehensive index of the Administrative Record in the manner
24 required by Placer County Superior Court Local Rule 22.0, with the following modification-
25 "The Remainder of the Administrative Record" shall be put in chronological order by
26 County Department.  The index will fully and accurately identify each document proposed
27 to be included in the Administrative Record.  The index shall be prepared no later than thirty
28

PDF created with pdfFactory trial version www.pdffactory.com

(30) days from the making of the electronic copy and provided to counsel for all parties, which shall then have ten (10) days for their review.  Any party may comment upon the organization of the record or the accuracy of the identification of the documents in the index or identify duplicates to be removed.  Counsel for Plaintiffs will verify in writing that all documents provided by County which the parties have agreed should be included, have been included, in the index and Administrative Record and the index shall be revised as necessary based upon comments of counsel.

2.   The parties agree that meeting transcripts shall be prepared by a transcription service mutually agreeable to the parties.  The parties agree not to unreasonably withhold approval of a certified transcription service.  County shall provide to Plaintiffs audio tape or electronic recordings for transcription no later than ten (10) days from the date of execution of this stipulation by all counsel.  Plaintiffs shall be responsible for all costs of transcription.  Plaintiffs shall provide to County a copy of each transcript within five (5) days of Plaintiffs' receipt of same for County's review and approval.

3.   Upon approval by counsel for the parties of the accuracy and completeness of the index, a printed version of the approved electronic copy shall be used by Plaintiffs to prepare the paper copy of the Administrative Record to be lodged with the Court, unless the Court Clerk informs Plaintiffs that the Court prefers and electronic copy only, in which case Plaintiffs will provide the Court with the complete Administrative Record in a searchable PDF or similar format.  The Administrative Record will be organized, numbered and bound consistent with Placer County Superior Court Rule 22, with the following modification- "The Remainder of the Administrative Record" shall be put in chronological order by County Department.  The Administrative Record will be prepared with single sided copies in accordance with the custom and practice and interpretation of Local Rule 22 (F)(1).

4.   Plaintiffs shall provide, at cost, a complete copy of the Administrative Record of Proceedings including indices, to each party desiring one.  Each party may elect to receive the complete Administrative Record in CD-ROM format, or paper format, at cost.

PDF created with pdfFactory trial version www.pdffactory.com

1  Each Party is responsible for payment to Plaintiffs of the cost of their copy of the record.
2  Plaintiffs will deliver to County the official copy of the Administrative Record and indices
3  for certification by County and lodging with the Court.  County reserves the right to assert it
4  is entitled to payment for such County staff time as may be necessary, specifically including
5  time spent by the Clerk of the Board, to review the Administrative Record as prepared by
6  Plaintiffs in order to be able to certify it for the Court.  Plaintiff reserves the right to dispute
7  any costs incurred by County to the extent allowed by law.

8       5.    Public Resources Code section 21167.6(c) permits the parties to stipulate to an
9  order extending the initial sixty (60) day deadline for preparation of the Administrative
10 Record an additional sixty (60) days, and in 60 day increments thereafter.  The parties
11 hereby agree to an additional sixty (60) day extension to prepare the record in this matter to
12 a new deadline date of August 20, 2009.

14 Dated:   June 11, 2009                    KENYON YEATES LLP

16                                           By:_____/s/Bill Yeates_____
                                             Bill Yeates, Esq.
17                                           Attorneys for Plaintiffs Friends of Tahoe Vista

18 Dated:   June 11, 2009                    LOZEAU/DRURY LLP

20                                           By:_____/s/Richard Drury_____
                                             Richard Drury, Esq.
21                                           Attorneys for Plaintiffs League to Save Lake
22                                           Tahoe

23 Dated:   June 11, 2009                    PLACER COUNTY COUNSEL'S OFFICE

25                                           By:_____/s/Scott H. Finley_____
                                             Scott H. Finley, Esq.
26                                           Attorneys for Defendants BOARD OF
                                             SUPERVISORS OF THE COUNTY OF
27                                           PLACER; COUNTY OF PLACER

4

Stipulation and Order re Creation and Lodging of CEQA Administrative Record

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  June 11, 2009               REMY, THOMAS, MOOSE and MANLEY, LLP

                                    By:_____*/s/Howard Wilkins*_____
                                    Howard Wilkins, Esq.
                                    Attorneys Defendant TAHOE VISTA
                                    PARTNERS LLC

## **ORDER OF THE COURT**

Based on the foregoing, and good cause appearing therefore,

   IT IS SO ORDERED.

Dated: June 12, 2009                /s/ John A. Mendez_____
                                    HONORABLE JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com