MICHAEL R. LOZEAU (Cal. Bar No. 142893)
RICHARD DRURY (Cal. Bar No. 163559)
LOZEAU| DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102 / Fax: (510) 749-9103
E-mail: Richard@lozeaudrury.com

ROCHELLE NASON (Cal. Bar No. 130979)
LEAGUE TO SAVE LAKE TAHOE
955 Emerald Bay Road
South Lake Tahoe, CA 96150
Tel: (530) 541-5388 / Fax: (530) 541-5454
E-mail: rochelle@keeptahoeblue.org
Attorneys for Plaintiff LEAGUE TO SAVE LAKE TAHOE

CHARITY KENYON, (Cal. Bar No. 078823)
BILL YEATES (Cal. Bar No. 84343)
CHRISTINA MORKNER BROWN (Cal. Bar No. 258479)
KENYON YEATES LLP
2001 N. Street, Suite 100
Sacramento, CA  95811
Tel: (916) 609-5000 / Fax: (916) 609-5001
E-mail: byeates@kenyonyeates.com
Attorneys for Plaintiffs FRIENDS OF TAHOE VISTA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER,<br><br>Defendants. | CIV. NO. 2:08-CV-2447 JAM/KJM<br><br>**REQUEST FOR CEQA HEARING DATE**<br>**[Calif. Public Resources Code §21167.4(a)]**<br><br>Hon. Judge John A. Mendez<br>Date:<br>Time:<br>Courtroom:  6 |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to California Public Resources Code §21167.4(a), (which requires Plaintiffs in n action under the California Environmental Quality Act ("CEQA") to request a hearing date within 90 days from the date of filing the petition), Plaintiffs hereby request that the Court set a hearing date and briefing schedule for the issues in this action arising under the CEQA, as follows:

1. CEQA opening brief:  October 1, 2009;
2. CEQA opposition brief:  October 22, 2009;
3. CEQA reply brief:  November 3, 2009;
4. CEQA hearing date: November 18, 2009 at 1:30 p.m.

Respectfully submitted,

Dated: June 11, 2009         LOZEAU | DRURY LLP

             /s/Richard Drury
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe

Dated:  June 12, 2009         KENYON YEATES LLP

             /s/ Bill Yeates
Bill Yeates, Esq.
Attorneys for Plaintiffs Friends of Tahoe Vista

## ORDER

The Court having read and considered the foregoing, and good cause appearing,

IT IS SO ORDERED, this 15th day of June, 2009.

             /s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

2
REQUEST FOR CEQA HEARING DATE
LEAGUE TO SAVE LAKE TAHOE v. TAHOE REG. PL. AGENCY, 2:08-CV-2447 JAM/KJM

PDF created with pdfFactory trial version www.pdffactory.com