REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
HOWARD F. WILKINS III, SBN 203083
CHRISTOPHER J. BUTCHER, SBN 253285
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
          hwilkins@rtmmlaw.com
          cbutcher@rtmmlaw.com

Attorneys for Defendants
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>        Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER<br><br>        Defendants. | CASE NO.  2:08-cv-2447 JAM-KJM<br><br>**STIPULATION AND ORDER REGARDING TAHOE REGIONAL PLANNING AGENCY ADMINISTRATIVE RECORD AND RELATED BRIEFING**<br>**(AS MODIFIED BY THE COURT)**<br><br>DATE:   September 9, 2009<br>TIME:   9:00 a.m.<br>DEPT.:  6<br>JUDGE:  Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER RE TRPA ADMIN RECORD AND RELATED BRIEFING

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

## RECITALS

WHEREAS, on June 1, 2009, Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista (collectively, "Plaintiffs") filed a motion for partial summary judgment and permanent injunction on the First and Fourth causes of action in the Second Amended Complaint ("Plaintiffs' motion for summary judgment/preliminary injunction ") against Defendants Tahoe Regional Planning Agency ("TRPA"), and Tahoe Vista Partners, LLC ("TVP"), originally scheduled for hearing on July 15, 2009 at 9:00 a.m.

WHEREAS, on June 11, 2009, the Court approved the following briefing and hearing schedule for Plaintiffs' motion for summary judgment/preliminary injunction based on a stipulation between the parties (Document No. 66):

    a. Opposition brief deadline: July 27, 2009.

    b. Reply brief deadline: August 17, 2009.

    c. Hearing date: September 9, 2009.

WHEREAS, the Court also set the following briefing and hearing schedule for any counter-motion(s) filed by TRPA or TVP unless the parties agreed an additional extension of time was necessary or appropriate (Document No. 66):

    d. Opposition brief deadline for any counter-motions: August 17, 2009.

    e. Reply brief deadline for any counter-motions: August 27, 2009.

    f. Hearing date for any counter-motions: September 9, 2009.

WHEREAS, TRPA requires additional time to prepare and file the administrative record, which is currently due June 30, 2009. The addition of time to file the administrative record will necessitate adjustments to the briefing schedule describe above.

NOW THEREFORE, Plaintiffs League to Save Lake Tahoe, et al., and Defendants Tahoe Regional Planning Agency, et al., by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. TRPA shall have until July 14, 2009, to lodge the TRPA administrative record with the Court and serve electronic copies on the parties.

2. TVP and TRPA shall have until August 31, 2009, to file any oppositions or

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

counter-motions to Plaintiffs' motion for summary judgment/preliminary injunction.

3. Plaintiffs shall have until September 30, 2009, to file a reply briefs in support of their motions for summary judgment/preliminary injunction and any opposition(s) counter-motion(s) filed by TRPA or TVP.

4. TVP and TRPA shall have until October 15, 2009, to file any reply briefs in support of their counter-motions to Plaintiffs' motion for summary judgment/preliminary injunction.

5. A hearing date for all the above-referenced motions is set for November 18, 2009 at 1:30 p.m. in courtroom #6.

6. Defendant TVP agrees that it will not commence physical construction activities on the site prior to the court issuing a ruling on Plaintiffs' motion for summary judgment/ preliminary injunction or before May 1, 2010, whichever occurs first, unless the Parties enter into a written stipulation providing otherwise. Physical construction activities for purposes of this provision, include, but are not limited to, tree cutting in furtherance of the project, site grading, pouring of concrete, asphalt paving, and/or any physical activities at the site in furtherance of the project. Plaintiffs acknowledge that TVP has a TRPA tree removal permit (QE20041145) issued on December 21, 2004, to cut and remove dangerous and diseased trees on the project site that is not subject to this stipulation.

Dated: June 30, 2009          REMY THOMAS MOOSE & MANLEY LLP


By:   */s/ Howard F. Wilkins III*
Howard F. Wilkins III
Attorneys for Defendant Tahoe Vista Partners LLC


LOZEAU | DRURY LLP


By:   */s/ Richard Drury (as authorized 6/30/09)*
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

PDF created with pdfFactory trial version www.pdffactory.com

Printed on Recycled Paper

KENYON YEATES LLP

By:   */s/ Bill Yeates (as authorized 6/30/09)*
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

TAHOE REGIONAL PLANNING AGENCY

By:   */s/ John L. Marshall (as authorized 6/30/09)*
Nicole Rinke
John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER RE TRPA ADMIN RECORD AND RELATED BRIEFING

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED, this 2nd day of July, 2009.

       /s/ John A. Mendez_____
       Honorable John A. Mendez
       United States District Judge

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

- 4 -

STIPULATION AND [PROPOSED] ORDER RE TRPA ADMIN RECORD AND RELATED BRIEFING

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on June 30, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Howard F. Wilkins III
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
cwilkins@rtmmlaw.com
Attorneys for Defendant Tahoe Vista Partners LLC

PDF created with pdfFactory trial version www.pdffactory.com