REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
HOWARD F. WILKINS III, SBN 203083
CHRISTOPHER J. BUTCHER, SBN 253285
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
          hwilkins@rtmmlaw.com
          cbutcher@rtmmlaw.com

Attorneys for Defendants
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>    Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER<br><br>    Defendants. | CASE NO.  2:08-cv-2447 JAM-KJM<br><br>**STIPULATION AND ORDER OF STAY, TOLLING ALL DEADLINES, SETTING NEW BRIEFING SCHEDULES FOR CEQA AND ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND HEARING (AS MODIFIED BY THE COURT)**<br><br>DATE:   September 9, 2009<br>TIME:   9:00 a.m.<br>DEPT.:  6<br>JUDGE:  Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER OF STAY AND RELATED BRIEFING

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of Supervisors of the County of Placer and the County of Placer (hereinafter "County"):

## RECITALS

WHEREAS, on June 1, 2009, Plaintiffs filed a motion for partial summary judgment and permanent injunction on the First and Fourth causes of action in the Second Amended Complaint ("Plaintiffs' motion for summary judgment/preliminary injunction ") against Defendants TRPA and TVP, originally scheduled for hearing on July 15, 2009 at 9:00 a.m.

WHEREAS, on July 2, 2009, based on a stipulation between the parties (Document No. 67), the Court approved an additional sixty (60) day extension to prepare the California Environmental Quality Act ("CEQA") administrative record in this matter to a new deadline date of August 20, 2009.

WHEREAS, on June 15, 2009, TVP served deposition notices for Ellie Waller, Leah Kaufman, Mark Hass, and Rochelle Nason.

WHEREAS, on June 15, 2009, TVP also served deposition notices on League to Save Lake Tahoe and Friends of Tahoe Vista pursuant to Federal Rule of Civil Procedure 30(b)(6).

WHEREAS, on June 16, 2009, the Court granted Plaintiffs' Request for CEQA hearing date and also set the following briefing and hearing schedule for issues in this action arising under the CEQA (Document No. 68.):

    a. CEQA opening brief: October 1, 2009;

    b. CEQA opposition brief: October 22, 2009;

    c. CEQA reply brief: November 3, 2009;

    d. CEQA hearing date: November 18, 2009 at 1:30 p.m.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on July 2, 2009, based on a stipulation between the parties (Document No. 72), the Court approved the following briefing and hearing schedule for Plaintiffs' motion for summary judgment/preliminary injunction:

    a. Opposition brief deadline:  August 31, 2009.

    b. Reply brief deadline:  September 30, 2009.

    c. Hearing date:  November 18, 2009 at 1:30 p.m.

WHEREAS, the Court also set the following briefing and hearing schedule for any counter-motion(s) to Plaintiffs' motion for summary judgment/preliminary injunction filed by TRPA or TVP (Document No. 72):

    a. Opposition brief deadline for any counter-motions:  September 30, 2009.

    b. Reply brief deadline for any counter-motions:  October 15, 2009.

    c. Hearing date for any counter-motions:  November 18, 2009 at 1:30 p.m.

WHEREAS, on July 8, 2009, Plaintiffs served Plaintiffs First Set of Requests for Production of Documents to Defendants Tahoe Vista Partners, LLC.

WHEREAS, on July 9, 2009, the parties agreed to continue the depositions of Ellie Waller, Leah Kaufman, Mark Hass, Rochelle Nason, League to Save Lake Tahoe and Friends of Tahoe Vista to an unspecified later date.  The parties further agreed to meet and confer to reset the deposition at a mutually convenient time in the future.

WHEREAS, on July 16, 2009, the League served its First Set of Requests for Admissions to Defendants TRPA and First Set of Interrogatories to Defendants TRPA.

WHEREAS, on July 21, 2009, Plaintiffs also served a deposition notice on Tahoe Regional Planning Agency pursuant to Federal Rule of Civil Procedure 30(b)(6).

WHEREAS, on July 27, 2009, TRPA, TVP, League to Save Lake Tahoe and Friends of Tahoe Vista participated in a settlement meeting at TRPA's offices in Stateline, Nevada during which the participating parties agreed on a potential framework for settlement of the entire underlying matter.

WHEREAS, all parties wish to pursue settlement discussions in good faith, and to conserve Court and Party resources that would otherwise be spent simultaneously pursuing

- 2 -

STIPULATION AND [PROPOSED] ORDER OF STAY AND RELATED BRIEFING

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

settlement and litigation.

NOW THEREFORE, Plaintiffs League to Save Lake Tahoe, et al., and Defendants Tahoe Regional Planning Agency, et al., by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. All discovery deadlines shall be and hereby are extended for thirty (30) days from the dates that the discovery responses would otherwise be due, except as otherwise set forth in this Order. This extension does not apply to discovery deadlines that have already passed.

2. All parties agree to use this time to engage in further settlement discussions in the interest of finding a resolution to the entire matter.

3. The deadline to certify and file the CEQA administrative record in this matter is extended until October 1, 2009.

4. The parties agree to the following briefing and hearing schedule for issues in this action arising under the CEQA:

   a. CEQA opening brief:  November 2, 2009;

   b. CEQA opposition brief: December 15, 2009;

   c. CEQA reply brief: January 15, 2010;

   d. The hearing date for issues in this action arising under the CEQA are set for February 17,  2010 at 1:30 p.m.

5. The parties agree to the following briefing and hearing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

   a. Opposition/Counter-motion brief deadline:  September 30, 2009.

   b. Plaintiff's Reply/Opposition brief deadline:  October 30, 2009.

   c. Reply to Any Counter-motion brief deadline:  November 10, 2009.

   c. Hearing date:  November 18, 2009 at 1:30 p.m.

6. The deposition of Tahoe Regional Planning Agency is continued to September 30, 2009 at 10:00 am at the offices of the League to Save Lake Tahoe, 955

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

Emerald Bay Road, South Lake Tahoe, CA 96150.

7. This stipulation may be executed in counterparts, including facsimile counterparts, each of which when so executed shall be deemed to be an original.

Dated: August 10, 2009	REMY THOMAS MOOSE & MANLEY LLP

By:   */s/ Howard F. Wilkins III*
Howard F. Wilkins III
Attorneys for Defendant Tahoe Vista Partners LLC

LOZEAU | DRURY LLP


By:   */s/ Richard Drury (as authorized 8/10/09)*
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe

KENYON YEATES LLP


By:   */s/ Bill Yeates (as authorized 8/10/09)*
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

TAHOE REGIONAL PLANNING AGENCY


By:   */s/ Nicole Rinke (as authorized 8/10/09)*
Nicole Rinke
John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

COUNTY OF PLACER


By:   */s/ Scott Finley (as authorized 8/10/09)*
Scott Finley
Attorneys for Defendants County of Placer and Board of Supervisors of the County of Placer

- 4 -

STIPULATION AND [PROPOSED] ORDER OF STAY AND RELATED BRIEFING

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing, IT IS SO ORDERED, this 11TH day of August, 2009.

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper
PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on August 10, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Howard F. Wilkins III
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017
cwilkins@rtmmlaw.com
Attorneys for Defendant Tahoe Vista Partners LLC

- 6 -

STIPULATION AND [PROPOSED] ORDER OF STAY AND RELATED BRIEFING

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com