REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
HOWARD F. WILKINS III, SBN 203083
CHRISTOPHER J. BUTCHER, SBN 253285
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
             hwilkins@rtmmlaw.com
             cbutcher@rtmmlaw.com

Attorneys for Defendants
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>　　Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER<br><br>　　Defendants. | CASE NO.  2:08-cv-2447 JAM-KJM<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE ALL DEADLINES AND SETTING NEW BRIEFING SCHEDULES FOR CEQA CLAIMS AND ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND HEARING**<br><br>JUDGE:   Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

This amended stipulation and proposed order incorporates new hearing dates as directed by the Court.  Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of Supervisors of the County of Placer and the County of Placer (hereinafter "County"):

**RECITALS**

WHEREAS, the parties have continued to engage in settlement talks since entering into prior scheduling stipulations but were unable to reach an agreement on possible settlement terms;

WHEREAS, on September 7, 2009, TRPA, TVP, the League to Save Lake Tahoe and Friends of Tahoe Vista participated in an all-day mediation session at the JAMS office in Sacramento, California at which the participating parties tentatively agreed on potential settlement terms for the entire matter;

WHEREAS, all parties wish to continue to pursue settlement discussions in good faith, and to conserve Court and Party resources that would otherwise be spent simultaneously pursuing settlement and litigation.

WHEREAS, on August 11, 2009, based on a stipulation between the parties (Document No. 79), the Court ordered:

1. All discovery deadlines shall be and hereby are extended for thirty (30) days from the dates that the discovery responses would otherwise be due, except as otherwise set forth in this Order.  This extension does not apply to discovery deadlines that have already passed.

2. All parties agree to use this time to engage in further settlement discussions in the interest of finding a resolution to the entire matter.

3. The deadline to certify and file the CEQA administrative record in this matter is extended until October 1, 2009.

PDF created with pdfFactory trial version www.pdffactory.com

4.      The parties agree to the following briefing and hearing schedule for issues in this action arising under the CEQA:

    a.      CEQA opening brief:  November 2, 2009;

    b.      CEQA opposition brief: December 15, 2009;

    c.      CEQA reply brief: January 15, 2010;

    d.      The parties request that the Court set a hearing date for issues in this action arising under the CEQA as soon practical on or after January 25, 2010.

5.      The parties agree to the following briefing and hearing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

    a.      Opposition/Counter-motion brief deadline:  September 30, 2009.

    b.      Plaintiff's Reply/Opposition brief deadline:  October 30, 2009.

    c.      Reply to Any Counter-motion brief deadline:  November 10, 2009.

    c.      Hearing date:  November 18, 2009 at 1:30 p.m.

6.      The deposition of Tahoe Regional Planning Agency is continued to September 30, 2009 at 10:00 am at the offices of the League to Save Lake Tahoe, 955 Emerald Bay Road, South Lake Tahoe, CA 96150.

NOW THEREFORE, Plaintiffs League to Save Lake Tahoe, et al., and Defendants Tahoe Regional Planning Agency, et al., by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.      All discovery deadlines shall be and hereby are extended for thirty (30) days from the dates that the discovery responses would otherwise be due, except as otherwise set forth in this Order.  This extension does not apply to discovery deadlines that have already passed.

2.      All parties agree to use this time to engage in further settlement discussions in the interest of finding a resolution to the entire matter.

3.      The deadline to certify and file the CEQA administrative record in this matter is extended until November 2, 2009.

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND HEARINGS

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

4. The parties agree to the following briefing and hearing schedule for issues in this action arising under the CEQA:

    a. CEQA opening brief: December 2, 2009;

    b. CEQA opposition brief: January 15, 2009;

    c. CEQA reply brief: February 15, 2010;

    d. Hearing date: March 3, 2010 at 1:30 p.m.

5. The parties agree to the following briefing and hearing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

    a. Opposition/counter-motion brief deadline: October 30, 2009.

    b. Plaintiff's reply/opposition brief deadline: November 30, 2009.

    c. Reply brief deadline to any counter-motions: December 10, 2009.

    d. Hearing date: January 20, 2010 at 1:30 p.m.

6. The deposition of Tahoe Regional Planning Agency is continued to October 30, 2009 at 10:00 a.m. at the offices of the League to Save Lake Tahoe, 955 Emerald Bay Road, South Lake Tahoe, CA 96150.

7. This stipulation may be executed in counterparts, including facsimile counterparts, each of which when so executed shall be deemed to be an original.

Dated: September 17, 2009    REMY THOMAS MOOSE & MANLEY LLP

By: */s/ Howard F. Wilkins III*
Howard F. Wilkins III
Attorneys for Defendant Tahoe Vista Partners LLC

LOZEAU | DRURY LLP

By: */s/ Richard Drury (as authorized 9/9/09)*
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe

KENYON YEATES LLP

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

By: ___*/s/ Bill Yeates (as authorized 9/9/09)*___
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

TAHOE REGIONAL PLANNING AGENCY


By: ___*/s/ John L. Marshall (as authorized 9/9/09)*___
Nicole Rinke
John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

COUNTY OF PLACER


By: ___*/s/ Scott Finley (as authorized 9/9/09)*___
Scott Finley
Attorneys for Defendants County of Placer and Board of Supervisors of the County of Placer

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED, this 18th day of September, 2009.

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on September 17, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Howard F. Wilkins III
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
cwilkins@rtmmlaw.com
Attorneys for Defendant Tahoe Vista Partners LLC

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

- 6 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES AND HEARINGS

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com