1  MICHAEL R. LOZEAU (Cal. Bar No. 142893)
   RICHARD DRURY (Cal. Bar No. 163559)
2  LOZEAU| DRURY LLP
   1516 Oak Street, Suite 216
3  Alameda, CA 94501
   Tel: (510) 749-9102 / Fax: (510) 749-9103
4  E-mail: Richard@lozeaudrury.com

5  ROCHELLE NASON (Cal. Bar No. 130979)
   LEAGUE TO SAVE LAKE TAHOE
6  955 Emerald Bay Road
   South Lake Tahoe, CA 96150
7  Tel: (530) 541-5388 / Fax: (530) 541-5454
   E-mail: rochelle@keeptahoeblue.org
8  Attorneys for Plaintiff LEAGUE TO SAVE LAKE TAHOE

9  CHARITY KENYON, (Cal. Bar No. 078823)
   BILL YEATES (Cal. Bar No. 84343)
10 CHRISTINA MORKNER BROWN (Cal. Bar No. 258479)
   KENYON YEATES LLP
11 2001 N. Street, Suite 100
   Sacramento, CA  95811
12 Tel: (916) 609-5000 / Fax: (916) 609-5001
   E-mail: byeates@kenyonyeates.com
13 Attorneys for Plaintiffs FRIENDS OF TAHOE VISTA

14          **UNITED STATES DISTRICT COURT**

15         **EASTERN DISTRICT OF CALIFORNIA**

16 LEAGUE TO SAVE LAKE TAHOE, a       CIV. NO. 2:08-CV-2447 JAM/KJM
   California non-profit corporation;
17 FRIENDS OF TAHOE VISTA, an
   unincorporated association,                **STIPULATION and ORDER**
18                                            **GRANTING LEAVE TO FILE THIRD**
              Plaintiffs,                     **AMENDED COMPLAINT**
19
       vs.                                    [Fed.R.Civ.Pro 15]
20
   TAHOE REGIONAL PLANNING           Hon. Judge John A. Mendez
21 AGENCY, a separate legal entity created    Courtroom:  6
   by bi-state compact approved by the
22 United States Congress, and TAHOE
   VISTA PARTNERS, LLC, a limited liability
23 corporation.

24            Defendants.

25

26

27

28
                                        1

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Federal Rule of Civil Procedure 15(a)(2), which provides, " a party may amend

2  its pleading only with the opposing party's written consent or the court's leave. The court

3  should freely give leave when justice so requires", and Local Rule 83-143(b), which

4  provides, "Stipulations are not effective unless approved by the Court, except as otherwise

5  provided in these Rules or in the Federal Rules of Civil, Criminal, or Appellate Procedure",

6  all parties to this action through their counsel of record, stipulate to allow the filing of the

7  Third Amended Complaint in the form filed herewith, and stipulate that the Court should

8  enter this Order allowing the filing of the Third Amended Complaint.  All parties further

9  stipulate that the Third Amended Complaint shall be deemed served as of the date that the

10 Court enters the Order Granting Leave to File the Third Amended Complaint.

11 **IT IS SO STIPULATED.**

12

13 Date:  10/23/09      By:      /s/
                        LOZEAU DRURY LLP

14                      Richard T. Drury
                        Attorneys for Plaintiff League to Save Lake Tahoe

15

16 Date:  10/23/09      By:      /s/
                        KENYON YEATES LLP

17                      J. William Yeates
                        Attorneys for Plaintiff Friends of Tahoe Vista

18

19                      LAW OFFICE OF JOHN MARSHALL
   Date:  10/26/09      By:      /s/

20                      John L. Marshall
                        Attorneys for Defendant Tahoe Regional Planning Agency

21

22                      REMY THOMAS MOOSE & MANLEY LLP
   Date:  10/23/09      By:      /s/

23                      Howard "Chip" Wilkins

24                      Attorneys for Defendant Tahoe Vista Partners LLP

25                      OFFICE OF COUNTY COUNSEL, COUNTY OF PLACER
   Date:  10/23/09      By:      /s/

26                      Scott Finley

27                      Attorneys for Defendant County of Placer

28

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED.**

2

3 Date:  October 28, 2009

4 /s/ John A. Mendez_____
Honorable John A. Mendez

5 JUDGE OF THE UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT
LEAGUE TO SAVE LAKE TAHOE v. TAHOE REG. PL. AGENCY, 2:08-CV-2447 JAM/KJM

PDF created with pdfFactory trial version www.pdffactory.com

**Certificate of Service**

I, Toyer Grear, am employed in the County of Alameda, California. I am over the age of 18 and not a party to this action.  My business address is 1516 Oak Street, Suite 216, Alameda, California, 94501.

On October _____ 2009 I served the foregoing documents described as:

**STIPULATION and [PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT and THIRD AMENDED COMPLAINT**

On all parties to the litigation via the Court's electronic filing system, and upon the entities listed below by US First Class Mail or other method as noted:

Office of Attorney General
CEQA Notices
1515 Clay Street, Suite 2000
Post Office Box 70550
Oakland, CA 94612-0550

I declare under penalty of perjury of the laws of the California that the foregoing is true and correct

and that this was executed on October _____ 2009 in Alameda, California.

_____
Toyer Grear

PDF created with pdfFactory trial version www.pdffactory.com