REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
HOWARD F. WILKINS III, SBN 203083
CHRISTOPHER J. BUTCHER, SBN 253285
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
          hwilkins@rtmmlaw.com
          cbutcher@rtmmlaw.com

Attorneys for Defendants
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>   Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER<br><br>   Defendants. | CASE NO.  2:08-cv-2447 JAM-KJM<br><br>**STIPULATION AND ORDER ON DISCOVERY, THE CEQA RECORD AND RELATED BRIEFING SCHEDULES FOR CEQA CLAIMS AND ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>JUDGE:   Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

Printed on Recycled Paper

Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of Supervisors of the County of Placer and the County of Placer (hereinafter "County"):

## **RECITALS**

WHEREAS, on June 12, 2009, based on a stipulation between the parties (Document No. 64), the Court entered an order regarding the creation and lodging of the CEQA Administrative Record under Public Resources Code §§ 21167.6 and 21167.8(f).

WHEREAS, on September 18, 2009, based on a stipulation between the parties (Document No. 83), the Court ordered:

1. All discovery deadlines shall be and hereby are extended for thirty (30) days from the dates that the discovery responses would otherwise be due, except as otherwise set forth in this Order. This extension does not apply to discovery deadlines that have already passed.

2. All parties agree to use this time to engage in further settlement discussions in the interest of finding a resolution to the entire matter.

3. The deadline to certify and file the CEQA administrative record in this matter is extended until November 2, 2009.

4. The parties agree to the following briefing and hearing schedule for issues in this action arising under the CEQA:

   a. CEQA opening brief: December 2, 2009;
   b. CEQA opposition brief: January 15, 2009;
   c. CEQA reply brief: February 15, 2010;
   d. Hearing date: March 3, 2010 at 1:30 p.m.

5. The parties agree to the following briefing and hearing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009

- 1 -
REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE
Printed on Recycled Paper
PDF created with pdfFactory trial version www.pdffactory.com

(Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

    a.    Opposition/counter-motion brief deadline:  October 30, 2009.

    b.    Plaintiff's reply/opposition brief deadline:  November 30, 2009.

    c.    Reply brief deadline to any counter-motions:  December 10, 2009.

    d.    Hearing date: January 20, 2010 at 1:30 p.m.

6.    The deposition of Tahoe Regional Planning Agency is continued to October 30, 2009 at 10:00 a.m. at the offices of the League to Save Lake Tahoe, 955 Emerald Bay Road, South Lake Tahoe, CA 96150.

WHEREAS, the parties continued to engage in settlement talks after entering into prior scheduling stipulations but were unable to reach a final settlement agreement.

WHEREAS, the parties have met and conferred regarding streamlining the present litigation through stipulations, the time-line for preparing the CEQA Administrative Record, the contents of the CEQA Administrative Record, and the present briefing schedule.

WHEREAS, additional time is required for Plaintiffs to complete the preparation of the CEQA administrative record and for the County to review and certify the CEQA administrative record pursuant to Document No. 64.

WHEREAS, the parties acknowledge that under Public Resources Code section 21167.6, subdivision (e) all cited references contained in the EIR properly belong in the CEQA Administrative Record.  The parties, however, agree that including all such documents greatly expands the size and expense of a record, while typically only a few technical or supporting references are ever cited or relied upon by the parties in their briefs and arguments.  In the interests of saving time, expense and space, the parties agree that the references contained in the EIR  are not required to be included in the CEQA Administrative Record except as agreed upon herein. The parties further agree that if any party determines that a particular omitted reference is necessary or helpful, that party will give the other parties notice of its intent to cite the reference in its brief prior to filing the brief with the Court.  The parties agree not to oppose a request to supplement the court's

PDF created with pdfFactory trial version www.pdffactory.com

record with the omitted reference.  In the case that a petitioner requests to supplement the record with an omitted reference for the first time in connection with a reply, the parties agree that the respondents would be allowed the opportunity to file a sur-reply limited to the issues relevant to the supplemental reference.

WHEREAS, on October 26, 2009, Petitioners filed a Stipulation and [Proposed] Order Granting Leave to File Third Amended Complaint and Third Amended Complaint (Document No. 84).

WHEREAS, the Parties agree that if the Court enters an order approving the filing of Plaintiffs' Third Amended Complaint referenced in the preceding paragraph, the merits of the case will be appropriately resolved based on the contents of the TRPA and CEQA administrative records (including any supplemental documents added to either record) and any documents that are properly subject to judicial notice, and otherwise admissible extra-record evidence, if any.  The parties further agree that discovery relating to merits of Plaintiffs' claims in the Third Amended Complaint is improper.  Therefore, Plaintiffs agree to withdraw all discovery propounded on TVP to date and TVP agrees to withdraw all discovery propounded on Petitioners to date as of the date the court enters an order approving the filing of Plaintiffs' Third Amended Complaint.

WHEREAS, all parties wish to conserve Court and Party resources and streamline the case based on the agreements contained herein as well as maintain the current hearing dates scheduled in the case.

NOW THEREFORE, Plaintiffs League to Save Lake Tahoe, et al., and Defendants Tahoe Regional Planning Agency, et al., by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. The foregoing recitals are true and correct.

2. The deadline to certify and file the CEQA administrative record in this matter is extended until November 20, 2009.

3. The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

- 3 -

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

    a.    CEQA opening brief: December 16, 2009;

    b.    CEQA opposition brief: January 22, 2010;

    c.    CEQA reply brief: February 15, 2010;

    d.    Hearing date: March 3, 2010 at 1:30 p.m.

4. The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

    a.    Opposition/counter-motion brief deadline: November 14, 2009.

    b.    Plaintiff's reply/opposition brief deadline: December 14, 2009.

    c.    Reply brief deadline to any counter-motions: January 6, 2010.

    d.    Hearing date: January 20, 2010 at 1:30 p.m.

5. This stipulation may be executed in counterparts, including facsimile counterparts, each of which when so executed shall be deemed to be an original.

Dated: October 26, 2009    REMY THOMAS MOOSE & MANLEY LLP

By: */s/ Howard F. Wilkins III*
Howard F. Wilkins III
Attorneys for Defendant Tahoe Vista Partners LLC

LOZEAU | DRURY LLP

By: */s/ Richard Drury (as authorized 10/26/09)*
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe

KENYON YEATES LLP

By: */s/ Bill Yeates (as authorized 10/26/09)*
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

TAHOE REGIONAL PLANNING AGENCY

- 4 -

PDF created with pdfFactory trial version www.pdffactory.com

1
2       By: */s/ John L. Marshall (as authorized 10/26/09)*
        Nicole Rinke
3       John L. Marshall
        Attorneys for Defendant Tahoe Regional Planning
4       Agency

5       COUNTY OF PLACER

6
7       By: */s/ Scott Finley (as authorized 10/26/09)*
        Scott Finley
8       Attorneys for Defendants County of Placer and
        Board of Supervisors of the County of Placer

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED, this 29th day of October, 2009.

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

- 6 -

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on October 26, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

    /s/ Howard F. Wilkins III
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
cwilkins@rtmmlaw.com
Attorneys for Defendant Tahoe Vista Partners LLC

- 7 -
STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com