REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
HOWARD F. WILKINS III, SBN 203083
CHRISTOPHER J. BUTCHER, SBN 253285
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
          hwilkins@rtmmlaw.com
          cbutcher@rtmmlaw.com

Attorneys for Defendants
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>　　Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER<br><br>　　Defendants. | CASE NO.  2:08-cv-2447 JAM-KJM<br><br>**STIPULATION AND ORDER ON DISCOVERY, THE CEQA RECORD AND RELATED BRIEFING SCHEDULES FOR CEQA CLAIMS AND ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**AS MODIFIED BY THE COURT**<br><br>JUDGE:   Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of Supervisors of the County of Placer and the County of Placer ("County"):

## RECITALS

WHEREAS, on October 28, 2009, based on a stipulation between the parties, the Court ordered Order Granting Leave to File Third Amended Complaint and Third Amended Complaint (Document No. 86).

WHEREAS, on October 29, 2009, Plaintiffs filed their Third Amended Complaint (Document No. 87).

WHEREAS, on October 29, 2009, based on a stipulation between the parties (Document No. 88), the Court approved the following revised briefing schedule:

1. The deadline to certify and file the CEQA administrative record in this matter is extended until November 20, 2009.

2. The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

   a. CEQA opening brief:  December 16, 2009;
   b. CEQA opposition brief: January 22, 2010;
   c. CEQA reply brief: February 15, 2010;
   d. Hearing date: March 3, 2010 at 1:30 p.m.

3. The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

   a. Opposition/counter-motion brief deadline:  November 14, 2009.
   b. Plaintiffs' reply/opposition brief deadline:  December 14, 2009.
   c. Reply brief deadline to any counter-motions:  January 6, 2010.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

     d.     Hearing date: January 20, 2010 at 1:30 p.m.

WHEREAS, the parties engaged in numerous settlement discussions, meetings, and mediation sessions between July 2009 until early October 2009, when the parties determined they were at impasse and terminated settlement discussions.

WHEREAS, in light of recent developments, the parties again believe that a global settlement of this case may be possible.

WHEREAS, all parties wish to pursue settlement discussions in good faith, and to conserve Court and Party resources that would otherwise be spent simultaneously pursuing settlement and litigation.

NOW THEREFORE, Plaintiffs and Defendants, TRPA, County, and TVP by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.     All parties agree to use this time to engage in further settlement discussions in the interest of finding a resolution to the entire matter.

2.     The deadline to certify and file the CEQA administrative record in this matter is extended until January 8, 2010.

3.     The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

     a.     CEQA opening brief:  February 5, 2010;

     b.     CEQA opposition brief: March 12, 2010;

     c.     CEQA reply brief: April 12, 2010;

     d.     The hearing date for the CEQA matters is set for May 5, 2010 at 1:30 p.m.

4.     The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

     a.     Opposition/counter-motion brief deadline:  January 15, 2010.

     b.     Plaintiffs' reply/opposition to counter-motion brief deadline:  February 15, 2010.

     c.     Reply brief deadline to any opposition to counter-motions:  March 8, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

  d. The hearing date for the summary judgment/preliminary injunction is set for April 7, 2010 at 1:30 p.m.

5. Defendant TVP agrees that it will not commence physical construction activities on the site prior to the court issuing a ruling on Plaintiffs' motion for summary judgment/ preliminary injunction or before August 1, 2010, whichever occurs first, unless the parties enter into a written stipulation providing otherwise. Physical construction activities for purposes of this provision, include, but are not limited to, tree cutting in furtherance of the project, site grading, pouring of concrete, asphalt paving, and/or any physical activities at the site in furtherance of the project. Plaintiffs acknowledge that TVP has a TRPA tree removal permit (QE20041145) issued on December 21, 2004, to cut and remove dangerous and diseased trees on the project site that is not subject to this stipulation.

6. This stipulation may be executed in counterparts, including facsimile counterparts, each of which when so executed shall be deemed to be an original.

Dated: November 12, 2009  REMY THOMAS MOOSE & MANLEY LLP


By: */s/ Howard F. Wilkins III*
Howard F. Wilkins III
Attorneys for Defendant Tahoe Vista Partners LLC

LOZEAU | DRURY LLP


By: */s/ Richard Drury (as authorized 11/11/09)*
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe


KENYON YEATES LLP


By: */s/ Bill Yeates (as authorized 11/11/09)*
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

TAHOE REGIONAL PLANNING AGENCY

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

By: _/s/ John L. Marshall (as authorized 11/11/09)_
Nicole Rinke
John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

COUNTY OF PLACER

By: _/s/ Scott Finley (as authorized 11/10/09)_
Scott Finley
Attorneys for Defendants County of Placer and Board of Supervisors of the County of Placer

- 4 -

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER AS MODIFIED BY THE COURT**

The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED, this 16th day of November, 2009.

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on November 12, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

   /s/ Howard F. Wilkins III
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
cwilkins@rtmmlaw.com
Attorneys for Defendant Tahoe Vista Partners LLC

- 6 -

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com