REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
HOWARD F. WILKINS III, SBN 203083
CHRISTOPHER J. BUTCHER, SBN 253285
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
          hwilkins@rtmmlaw.com
          cbutcher@rtmmlaw.com

Attorneys for Defendants
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>    Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER<br><br>    Defendants. | CASE NO.  2:08-cv-2447 JAM-KJM<br><br>**STIPULATION AND ORDER ON THE CEQA RECORD AND RELATED BRIEFING SCHEDULES AND HEARINGS FOR CEQA CLAIMS AND ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>JUDGE:  Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON CEQA RECORD AND BRIEFING/HEARING SCHEDULE

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of Supervisors of the County of Placer and the County of Placer ("County"):

## **RECITALS**

WHEREAS, on November 16, 2009, based on a stipulation between the parties (Document No. 92), the Court approved the following revised briefing schedule to allow the parties time to attempt to reach a global settlement in this case:

1. The deadline to certify and file the CEQA administrative record in this matter is extended until January 8, 2010.

2. The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

   a. CEQA opening brief: February 5, 2010;

   b. CEQA opposition brief: March 12, 2010;

   c. CEQA reply brief: April 12, 2010;

   d. The hearing date for the CEQA matters is set for May 5, 2010 at 1:30 p.m.

3. The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP:

   a. Opposition/counter-motion brief deadline: January 15, 2010.

   b. Plaintiffs' reply/opposition to counter-motion brief deadline: February 15, 2010.

   c. Reply brief deadline to any opposition to counter-motions: March 8, 2010.

   d. The hearing date for the summary judgment/preliminary injunction is set for April 7, 2010 at 1:30 p.m.

WHEREAS, the parties engaged in numerous settlement discussions, meetings,

- 1 -

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

including an additional all-day mediation session on December 7, 2009, and have recently reached an agreement in principal regarding terms that may result in a complete resolution of the case.

WHEREAS, all parties wish to pursue efforts to craft a settlement that completely resolves this matter based on the agreement in principal reached by the parties, and to conserve Court and Party resources that would otherwise be spent simultaneously pursuing settlement and litigation.

WHEREAS, the global settlement agreement contemplated by the parties will require approval of the TRPA Governing Board, whose next scheduled meeting is January 27, 2010.

NOW THEREFORE, Plaintiffs and Defendants, TRPA, County, and TVP by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. All parties agree to use this time to meet and confer in good faith to finalize a settlement agreement that will resolve the entire matter.

2. The deadline to certify and file the CEQA administrative record in this matter is extended until February 23, 2010.

3. The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

   a. CEQA opening brief:  March 22, 2010;

   b. CEQA opposition brief: April 27, 2010;

   c. CEQA reply brief: May 27, 2010;

   d. The Court sets a hearing date for all the above-referenced motions on June 10, 2010 at 1:30 p.m.

4. The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

   a. Opposition/counter-motion brief deadline:  March 1, 2010.

   b. Plaintiffs' reply/opposition to counter-motion brief deadline:  April 1, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

      c.     Reply brief deadline to any opposition to counter-motions:  April 23, 2010.

      d.     The Court sets a hearing date for the above-referenced motions on May 13, 2010 at 1:30 p.m.

5.     This stipulation may be executed in counterparts, including facsimile counterparts, each of which when so executed shall be deemed to be an original.

Dated: January 4, 2010      REMY THOMAS MOOSE & MANLEY LLP


By: */s/ Howard F. Wilkins III*
Howard F. Wilkins III
Attorneys for Defendant Tahoe Vista Partners LLC

LOZEAU | DRURY LLP


By: */s/ Richard Drury (as authorized 1/04/10)*
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe


KENYON YEATES LLP


By: */s/ Bill Yeates (as authorized 1/04/10)*
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

TAHOE REGIONAL PLANNING AGENCY


By: */s/ John L. Marshall (as authorized 1/04/10)*
Nicole Rinke
John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

COUNTY OF PLACER


By: */s/ Scott Finley (as authorized 1/04/10)*
Scott Finley
Attorneys for Defendants County of Placer and Board of Supervisors of the County of Placer

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED, this 4th day of January, 2010.


        /s/ John A. Mendez_____
        Honorable John A. Mendez
        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com