1  REMY, THOMAS, MOOSE AND MANLEY, LLP
   WHITMAN F. MANLEY, SBN 130972
2  HOWARD F. WILKINS III, SBN 203083
   CHRISTOPHER J. BUTCHER, SBN 253285
3  455 Capitol Mall, Suite 210
   Sacramento, California 95814
4  Telephone: (916) 443-2745
   Facsimile: (916) 443-9017
5  E-mail:  wmanley@rtmmlaw.com
            hwilkins@rtmmlaw.com
6            cbutcher@rtmmlaw.com

7  Attorneys for Defendants
   Tahoe Vista Partners, LLC
8

9                    UNITED STATE DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 LEAGUE TO SAVE LAKE TAHOE, a          )  CASE NO.  2:08-cv-2447 JAM-KJM
   California non-profit corporation;    )
13 FRIENDS OF TAHOE VISTA, an            )  **STIPULATION AND ORDER ON THE**
   unincorporated association,           )  **CEQA RECORD AND RELATED**
14                                        )  **BRIEFING SCHEDULES AND**
                                         )  **HEARINGS FOR CEQA CLAIMS**
15        Plaintiffs,                     )  **AND ON PLAINTIFFS' MOTION FOR**
                                         )  **PARTIAL SUMMARY JUDGMENT**
16 v.                                     )
                                         )
17 TAHOE REGIONAL PLANNING               )
   AGENCY, a separate legal entity created )  JUDGE:  Hon. John A. Mendez
18 by bi-state compact approved by the   )
   United Stated Congress, and TAHOE     )
19 VISTA PARTNERS, LLC, a limited        )
   liability corporation, BOARD OF       )
20 SUPERVISORS OF THE COUNTY OF          )
   PLACER, COUNTY OF PLACER              )
21                                        )
                                         )
22    Defendants.                         )
                                         )
23

24 / / /

25 / / /

26 / / /

27 / / /

28

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON CEQA RECORD AND BRIEFING/HEARING SCHEDULE
Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe ("League") and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of Supervisors of the County of Placer and the County of Placer ("County"):

## RECITALS

WHEREAS, on January 4, 2010, based on a stipulation between the parties (Document No. 96), the Court approved the following revised briefing schedule to allow the parties time to attempt to reach a global settlement in this case:

1.      The deadline to certify and file the CEQA administrative record in this matter is extended until February 23, 2010.

2.      The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

a.      CEQA opening brief:  March 22 2010;

b.      CEQA opposition brief: April 27, 2010;

c.      CEQA reply brief: May 27, 2010;

d.      The Court sets a hearing date for the above-referenced motions on June 10, 2010 at 1:30 p.m.

3.      The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP:

a.      Opposition/counter-motion brief deadline:  March 1, 2010.

b.      Plaintiffs' reply/opposition to counter-motion brief deadline:  April 1, 2010.

c.      Reply brief deadline to any opposition to counter-motions:  April 23, 2010.

d.      The Court sets a hearing date for the above-referenced motions on May 13, 2010 at 1:30 p.m.

WHEREAS, the parties engaged in numerous settlement discussions, meetings,

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

including an additional all-day mediation session on December 7, 2009, and reached an agreement in principal regarding terms that will result in a complete resolution of the case.

WHEREAS, all the parties have agreed in principal to terms of a settlement agreement that will completely resolve this matter, but are still negotiating issues regarding the time-line for approval of the settlement.

WHEREAS, the settlement agreement negotiated by the parties requires approval of the League's Board of Directors, TRPA Governing Board, and Placer County Board of Supervisors, who will not be able to consider the matter until their meetings in March of 2010 at the earliest.

WHEREAS, the parties wish conserve Court and Party resources that would otherwise be spent simultaneously pursuing approval of the settlement and litigation.

NOW THEREFORE, Plaintiffs and Defendants, TRPA, County, and TVP by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. All parties agree to use this time to meet and confer in good faith to finalize a settlement agreement that will resolve the entire matter.

2. The deadline to certify and file the CEQA administrative record in this matter is extended until March 26, 2010.

3. The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

a. CEQA opening brief:  April 28, 2010;

b. CEQA opposition brief: June 9, 2010;

c. CEQA reply brief: July 9, 2010;

d. The Court sets a hearing date for all the above-referenced motions on July 22, 2010 at 1:30 p.m.

4. The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

a. Opposition/counter-motion brief deadline:  April 5, 2010.

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

1   b.    Plaintiffs' reply/opposition to counter-motion brief deadline:  May 3, 2010.

2   c.    Reply brief deadline to any opposition to counter-motions:  May 28, 2010.

3   d.    The Court sets a hearing date for all the above-referenced motions on June

4   17, 2010 at 1:30 p.m.

5   5.    This stipulation may be executed in counterparts, including facsimile

6   counterparts, each of which when so executed shall be deemed to be an original.

7   Dated: February 23, 2010          REMY THOMAS MOOSE & MANLEY LLP

8                                      By:    /s/ Howard F. Wilkins III
9                                      Howard F. Wilkins III
                                       Attorneys for Defendant Tahoe Vista Partners LLC

10                                     LOZEAU | DRURY LLP

11

12                                     By:    /s/ Richard Drury (as authorized 2/23/10)
                                       Richard Drury
13                                     Attorneys for Plaintiff League to Save Lake Tahoe

14                                     KENYON YEATES LLP

15

16                                     By:    /s/ Bill Yeates (as authorized 2/23/10)
                                       Bill Yeates
17                                     Attorneys for Plaintiff Friends of Tahoe Vista

18                                     TAHOE REGIONAL PLANNING AGENCY

19                                     By:    /s/ John L. Marshall (as authorized 2/23/10)
20                                     Nicole Rinke
                                       John L. Marshall
21                                     Attorneys for Defendant Tahoe Regional Planning
                                       Agency
22                                     COUNTY OF PLACER

23

24                                     By:    /s/ Scott Finley (as authorized 2/23/10)
                                       Scott Finley
25                                     Attorneys for Defendants County of Placer and
                                       Board of Supervisors of the County of Placer
26

27

28

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com



1                                         **<u>ORDER</u>**

2 The Court having read and considered the foregoing stipulation, and good cause appearing,

3 IT IS SO ORDERED, this 23rd day of February, 2010.

4

5

6

7                           /s/ John A. Mendez_____

8                           Honorable John A. Mendez
                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

1                                      **CERTIFICATE OF SERVICE**

2           I hereby certify that a true and correct copy of the foregoing will be e-filed on February 23,

3 2010, and will be automatically served upon counsel of record, all of whom appear to be

4 subscribed to receive notice from the ECF system.

5                                             /s/ Howard F. Wilkins III

6                                       HOWARD F. WILKINS III

7                                       Remy, Thomas, Moose and Manley, LLP
                                        455 Capitol Mall, Suite 210

8                                       Sacramento, CA 95814
                                        Telephone: (916) 443-2745

9                                         Facsimile: (916) 443-9017
                                        cwilkins@rtmmlaw.com

10                                       Attorneys for Defendant Tahoe Vista
                                        Partners LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REMY, THOMAS, MOOSE and
MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

STIPULATION AND [PROPOSED] ORDER ON DISCOVERY, CEQA RECORD AND BRIEFING SCHEDULE

Printed on Recycled Paper