REMY, THOMAS, MOOSE AND MANLEY, LLP
WHITMAN F. MANLEY, SBN 130972
HOWARD F. WILKINS III, SBN 203083
CHRISTOPHER J. BUTCHER, SBN 253285
455 Capitol Mall, Suite 210
Sacramento, California 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
E-mail:   wmanley@rtmmlaw.com
          hwilkins@rtmmlaw.com
          cbutcher@rtmmlaw.com

Attorneys for Defendants
Tahoe Vista Partners, LLC

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>   Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United Stated Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER<br><br>   Defendants. | CASE NO.  2:08-cv-2447 JAM-KJM<br><br>**STIPULATION AND ORDER STAYING ALL CASE DEADLINES AND VACATING ALL BRIEFING SCHEDULES AND HEARINGS**<br><br>JUDGE:   Hon. John A. Mendez |

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES AND VACATING ALL BRIEFING SCHEDULES AND HEARINGS

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe ("League") and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of Supervisors of the County of Placer and the County of Placer ("County"):

## **RECITALS**

WHEREAS, on February 24, 2010, based on a stipulation between the parties (Document No. 98), the Court approved the following revised briefing schedule to allow the parties time to attempt to reach a global settlement in this case:

1. The deadline to certify and file the CEQA administrative record in this matter is extended until February 23, 2010.

2. The deadline to certify and file the CEQA administrative record in this matter is extended until March 26, 2010.

3. The parties agree to the following revised briefing schedule for the issues in this action arising under the CEQA:

    a. CEQA opening brief: April 28, 2010;

    b. CEQA opposition brief: June 9, 2010;

    c. CEQA reply brief: July 9, 2010;

    d. The parties request that the Court set a hearing date for all the above-referenced motions as soon practical on or after July 19, 2010.

4. The parties agree to the following revised briefing schedule for Plaintiffs' motion for summary judgment/preliminary injunction filed on June 1, 2009 (Document No. 52) and any counter-motion(s) filed by TRPA or TVP :

    a. Opposition/counter-motion brief deadline: April 5, 2010.

    b. Plaintiffs' reply/opposition to counter-motion brief deadline: May 3, 2010.

    c. Reply brief deadline to any opposition to counter-motions: May 28, 2010.

    d. The parties request that the Court set a hearing date for all the above-

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

referenced motions as soon practical on or after June 11, 2010.WHEREAS, the parties engaged in numerous settlement discussions, meetings, including an additional all-day mediation session on December 7, 2009, and reached an agreement in principal regarding terms that will result in a complete resolution of the case.

WHEREAS, all the parties have tentatively agreed to the terms of a settlement agreement pending approval of the respective boards of directors that will completely resolve this matter.

WHEREAS, the settlement agreement negotiated by the parties requires approval of the League's Board of Directors, TRPA Governing Board, and Placer County Board of Supervisors, and requires all Parties to sign the Settlement on or before April 15, 2010.

WHEREAS, the settlement agreement negotiated by the parties requires the TRPA Governing Board and Placer County Board of Supervisors to modify the current permit for the TVP Project at issue in this case;

WHEREAS the settlement agreement will not take effect until the statute of limitation to challenge the TRPA and County modifications to the TVP Project permit have run, sixty (60) and ninety (90) days, respectively.

WHEREAS the parties anticipate that all statutes of limitation to challenge the TRPA and County modifications to the TVP Project permit will have run by October 1, 2010.

WHEREAS, Plaintiffs have agreed to a dismissal of, or enter into a stipulation dismissing, or otherwise file a motion for dismissal of, the entire action with prejudice not more than ten (10) business days after the effective date of the settlement agreement.

WHEREAS, the parties wish conserve Court and Party resources that would otherwise be spent simultaneously pursuing approval of the settlement and litigation.

NOW THEREFORE, Plaintiffs and Defendants, TRPA, County, and TVP by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.  All deadlines, including but not limited to the deadline for certifying the CEQA Record, are stayed until October 1, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

2. All currently pending briefing schedules and hearings are vacated.

3. The parties request that the Court set a status conference on or after October 1, 2010 to confirm the case has been dismissed. If the Settlement Agreement reached by the parties is not executed by all Parties on or before April 15, 2010 or the Settlement Agreement does not take effect, the Parties agree to notify the Court and request an earlier status conference.

4. This stipulation may be executed in counterparts, including facsimile counterparts, each of which when so executed shall be deemed to be an original.

Dated: March 22, 2010            REMY THOMAS MOOSE & MANLEY LLP

By: */s/ Howard F. Wilkins III*
Howard F. Wilkins III
Attorneys for Defendant Tahoe Vista Partners LLC

LOZEAU | DRURY LLP

By: */s/ Richard Drury (as authorized 3/19/10)*
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe

KENYON YEATES LLP

By: */s/ Bill Yeates (as authorized 3/22/10)*
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

TAHOE REGIONAL PLANNING AGENCY

By: */s/ John L. Marshall (as authorized 3/19/10)*
Nicole Rinke
John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

COUNTY OF PLACER

By: */s/ Scott Finley (as authorized 3/19/10)*
Scott Finley
Attorneys for Defendants County of Placer and Board of Supervisors of the County of Placer

- 3 -

STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES AND VACATING ALL BRIEFING SCHEDULES AND HEARINGS

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED, this 22nd day of March, 2010.

/s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES AND VACATING ALL BRIEFING SCHEDULES AND HEARINGS

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on March 22, 2010, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

    /s/ Howard F. Wilkins III
HOWARD F. WILKINS III
Remy, Thomas, Moose and Manley, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile:  (916) 443-9017
cwilkins@rtmmlaw.com
Attorneys for Defendant Tahoe Vista Partners LLC

- 5 -

STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES AND VACATING ALL BRIEFING SCHEDULES AND HEARINGS

REMY, THOMAS, MOOSE and MANLEY, LLP
455 Capitol Mall, Suite 210
Sacramento, CA 95814

Printed on Recycled Paper

PDF created with pdfFactory trial version www.pdffactory.com