Michael J.M. Brook, SBN 139595
**LANAHAN & REILLEY LLP**
Attorneys at Law
600 Bicentennial Way, Suite 300
Santa Rosa, CA 95403
Telephone: (707) 524-4200
Facsimile: (707) 523-4610

Attorneys for Defendants
**TAHOE VISTA PARTNERS, LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAGUE TO SAVE LAKE TAHOE, a California non-profit corporation; FRIENDS OF TAHOE VISTA, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY, a separate legal entity created by bi-state compact approved by the United States Congress, and TAHOE VISTA PARTNERS, LLC, a limited liability corporation, BOARD OF SUPERVISORS OF THE COUNTY OF PLACER, COUNTY OF PLACER,<br><br>Defendants. | CASE NO.: 2:08-cv-2447-JAM-KJM<br><br>**STIPULATION AND ORDER CONTINUING STAY OF ALL CASE DEADLINES** |

Pursuant to L.R. Civ. 83-143, this Stipulation is entered into by and between Plaintiffs League to Save Lake Tahoe ("League") and Friends of Tahoe Vista (collectively, "Plaintiffs"), Defendants Tahoe Regional Planning Agency ("TRPA"), Tahoe Vista Partners, LLC ("TVP"), and Defendants Board of the County of Placer and the County of Placer ("County").

### RECITALS

WHEREAS, the parties entered into a settlement agreement ("Settlement Agreement") that will completely resolve this matter.

WHEREAS, the Settlement Agreement requires, *inter alia*, approval by the Placer County Board of Supervisors to modify the current permit for the TVP Project at issue in this case;

\511893                           - 1 -
**STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, TVP continues to seek the necessary approval of the Placer County Board of Supervisors to modify the current permit for the TVP Project, and TVP anticipates shortly receiving loan funding to further effectuate other aspects of the Settlement Agreement;

WHEREAS, the dismissal of the lawsuit pursuant to the Settlement Agreement depends upon the permit approval Placer County Board of Supervisors;

WHEREAS, upon stipulation of the parties, the Court previously granted a stay of all case deadlines and vacating all briefing schedules and hearings to permit the Settlement Agreement to be effective,

WHEREAS, the parties believe that this further extension of the stay granted by the Court will further the goal to permit the Settlement Agreement to be effective, and

WHEREAS, the parties wish to conserve Court and Party resources that would otherwise be spent pursuing the goals of the settlement as well as litigation.

NOW THEREFORE, Plaintiffs and Defendants, TRPA, County, and TVP by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.  All deadlines, including but not limited to the deadline for certifying the CEQA Record, are stayed until March 31, 2011.

2.  The parties request that the Court set a status conference on or after March 31, 2011 to confirm the case has been dismissed, or if not, to reschedule the matter for resolution by the Court.

3.  If the County does not modify the permit for the TVP Project in accordance with the Settlement Agreement by December 31, 2010, then any party may request that the Court set a status conference on or after January 3, 2011.

4.  Pursuant to the permit issued by TRPA for the TVP Project and signed by TVP, TVP should have paid TRPA $20,000 by June, 2010.  Despite repeated demands from TRPA, TVP has not made payment and hereby commits to make a $20,000 payment by December 31, 2010.  Should TVP fail to make this payment to TRPA by December 10, 2010, TRPA may seek enforcement of this paragraph in this Court and shall be awarded reasonable attorney's fees and costs incurred in that effort.

///

\511893
- 2 -
**STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

5. This Stipulation may be executed in counterparts, including facsimile counterparts, each of which when so executed shall be deemed to be an original.

Dated: November 30, 2010

**LANAHAN & REILLEY LLP**

By: /S/ Michael J.M. Brook
Michael J.M. Brook
Attorneys for Defendant Tahoe Vista Partners, LLC

**LOZEAU DRURY LLP**

By: /S/ Richard Drury
Richard Drury
Attorneys for Plaintiff League to Save Lake Tahoe

**KENYON YEATES LLP**

By: /S/ Bill Yeates
Bill Yeates
Attorneys for Plaintiff Friends of Tahoe Vista

**TAHOE REGIONAL PLANNING AGENCY**

By: /S/ Nicole Rinke
Nicole Rinke
John L. Marshall
Attorneys for Defendant Tahoe Regional Planning Agency

**COUNTY OF PLACER**

By: /S/ Scott Finley
Scott Finley
Attorneys for Defendants County of Placer and Board of Supervisors of the County of Placer

\511893

- 3 -

**STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court having read the considered the foregoing Stipulation, and good cause appearing,

IT SO ORDERED, this 2nd day of December, 2010.

        /s/ John A. Mendez
        Honorable John A. Mendez
        United States District Judge

I am a citizen of the United States. My business address is 600 Bicentennial Way, Suite 300, Santa Rosa, California, 95403. I am employed in the county of Sonoma where this service occurs. I am over the age of 18 years and not a party to this action.

On December 2, 2010, I served the following documents(s) described as:

**STIPULATION AND ORDER CONTINUING STAY OF ALL CASE DEADLINES**

☐ **BY UNITED STATES MAIL:** I enclosed the documents in an envelope or package addressed to the person(s) listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, they are deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY PERSONAL SERVICE:** I served the documents by placing them in an envelope or package addressed to the person(s) listed below and provided them to a messenger for service.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

☐ **BY FAX:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents from 707-523-4610 at _____am/pm to the person(s) listed below using the fax machine number maintained and provided to me by person(s) listed below prior to 5:00 pm. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☒ **BY ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the person(s) listed below at the electronic notification address listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the person or person(s) below.

| | |
|---|---|
| Richard Drury<br>Lozeau \| Drury LLP<br>410 12th Street, Suite 250<br>Oakland, CA 94607<br>P: 510.836.4200<br>F: 510.836.4205<br>richard@lozeaudrury.com | Attorneys for Plaintiff League to Save Lake Tahoe |
| Bill Yeates<br>KENYON YEATES LLP<br>2001 N Street, Suite 100<br>Sacramento, CA 95811<br>Phone: (916) 609-5000<br>Fax: (916) 609-5001<br>BYeates@kenyonyeates.com | Attorneys for Plaintiff Friends of Tahoe Vista |
| Nicole Rinke<br>John L. Marshall<br>TAHOE REGIONAL PLANNING<br>nrinke@trpa.org<br>johnmarshall@charter.net | Attorneys for Defendant Tahoe Regional Planning Agency |

\511893

- 5 -

**STIPULATION AND [PROPOSED] ORDER STAYING ALL CASE DEADLINES**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Scott Finley<br>Supervising Deputy County Counsel<br>Placer County Counsel's Office<br>175 Fulweiler Avenue<br>Auburn, California 95603<br>Telephone: 530-889-4044<br>Facsimile: 530-889-4069<br>SFinley@placer.ca.gov | Attorneys for Defendants County of Placer and Board of Supervisors of the County of Placer |

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2, 2010, at Santa Rosa, California.

                                          /S/   Kathryn Marko
                                            Kathryn Marko

LANAHAN & REILLEY LLP
600 BICENTENNIAL WAY, SUITE 300
SANTA ROSA, CALIFORNIA 95403
(707) 524-4200 TELEPHONE
(707) 523-4610 FACSIMILE

PDF created with pdfFactory trial version www.pdffactory.com